\*\*E-filed 12/12/07\*\*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **ARTHUR J. ARANDA,** | C 07-1443 JF |
| Petitioner, | |
| v. | [~~PROPOSED~~] **ORDER EXTENDING TIME WITHIN WHICH TO FILE ANSWER TO ORDER TO SHOW CAUSE** |
| **BEN CURRY, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that the time within which respondent is to answer the petition for writ of habeas corpus and provide the relevant state record, is extended to and including February 5, 2008.

DATED: 12/12/07

_____
JEREMY FOGEL
United States District Judge